IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   12-cv-00096-REB-MJW

ROBERT WAYNE JOHNSON,

Plaintiff(s),

v.

JOHN SUTHERS, Attorney General of Colorado, individually and in his official capacity;
JOHN HICKENLOOPER, Governor of Colorado, individually and in his official capacity;
BILL RITTER, former Governor of Colorado, individually and in his official capacity;
REGGIE BICHA, Executive Director, Colorado, Department of Human Services, individually and in his official capacity;
KAREN BEYE, former Executive Director, Colorado, Department of Human Services, individually and in her official capacity;
MARY ANN HICKS, Administrative Program Specialist, Colorado Division of Child Support Enforcement, individually;
MARDI HOUSTON, Evaluation Specialist, Colorado Division of Child Support, individually;
BOARD OF COUNTY COMMISSIONERS, EL PASO COUNTY, in their official capacities;
BILL LOUIS, County Attorney of El Paso County, Colorado, individually and in his official capacity;
RICHARD BENGTSSON, Director, El Paso County Department of Human Services, individually and in his official capacity;
TONI HERMAN, El Paso County Department of Human Services, individually;
LAURA DAVIDSON, former employee of Policy Studies, Inc., individually;
CLAUDIA SMITH-SWAIN, former employee of Policy Studies, Inc., individually;
JONICA BRUNNER, former employee of Policy Studies, Inc. and current employee of Young Williams, P.C., individually;
MELISSA BALQUIN, former employee of Policy Studies, Inc. and current employee of Young Williams, P.C., individually;
POLICY STUDIES, INC.;
JEFF BALL, current employee of Young Williams, P.C., individually; and
YOUNG WILLIAMS, P.C.,

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF(S)

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge, entered by Judge Robert E. Blackburn.

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> February 27, 2012, at 9:30 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that plaintiff(s) shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 23rd Day of January, 2012

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge