IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Michael J. Watanabe,
Civil Action No. 12-cv-00096-REB-MJW    US Magistrate Judge

ROBERT WAYNE JOHNSON,

Plaintiff,

v.

JOHN SUTHERS, Attorney General of Colorado,
individually and in his official capacity;
JOHN HICKENLOOPER, Governor of Colorado,
individually and in his official capacity;
BILL RITTER, former Governor of Colorado,
individually and in his official capacity;
KAREN BEYE, former Executive Director, Colorado Department of Human Services,
individually and in her official capacity;
MARY ANN HICKS, Administrative Program Specialist, Colorado Division of Child
Support Enforcement, individually;
MARDI HOUSTON, Evaluation Specialist, Colorado Division of Child Support
Enforcement, individually;
BOARD OF COUNTY COMMISSIONERS, EL PASO COUNTY, COLORADO, in their
official capacities;
BILL LOUIS, County Attorney of El Paso County, Colorado, individually and in his
official capacity;
RICHARD BENGTSSON, Director, El Paso County Department of Human Services,
individually and in his official capacity;
TONI HERMAN, El Paso County Department of Human Services, individually;
LAURA DAVIDSON, former employee of Policy Studies Inc., individually;
CLAUDIA SMITH-SWAIN, former employee of Policy Studies Inc., individually;
JONICA BRUNNER, former employee of Policy Studies Inc. and current employee of
Young Williams, P.C., individually;
MELISSA BALQUIN, former employee of Policy Studies Inc. and current employee of
Young Williams, P.C., individually;
POLICY STUDIES INC.;
JEFF BALL, current employee of Young Williams, P.C., individually; and
YOUNG WILLIAMS, P.C.,

Defendants.

---

**ORDER GRANTING DEFENDANT POLICY STUDIES INC.'S UNOPPOSED MOTION
FOR ADDITIONAL SECURITY AT COURT PROCEEDINGS
(DOCKET NO. 22 )**

---

- 2 -

THE COURT, having reviewed Defendant Policy Studies Inc.'s Unopposed Motion for Additional Security at Court Proceedings (ECF No. 22) and, being fully advised in the premises, hereby *the motion (D.N. 22) is granted and* ORDERS that a court security officer shall attend the status conference scheduled in this matter for February 27, 2012, at 9:30 a.m., and all future Court proceedings in this action, *Courtroom A-502.*

SO ORDERED this 24th day of February, 2012.

BY THE COURT:

*[signature]*

Michael J. Watanabe
United States Magistrate Judge