IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00096-REB-MJW

ROBERT WAYNE JOHNSON,

Plaintiff,

v.

JOHN SUTHERS, Attorney General of Colorado,
individually and in his official capacity;
JOHN HICKENLOOPER, Governor of Colorado,
individually and in his official capacity;
BILL RITTER, former Governor of Colorado,
individually and in his official capacity;
KAREN BEYE, former Executive Director, Colorado Department of Human Services,
individually and in her official capacity;
MARY ANN HICKS, Administrative Program Specialist, Colorado Division of Child
Support Enforcement, individually;
MARDI HOUSTON, Evaluation Specialist, Colorado Division of Child Support
Enforcement, individually;
BOARD OF COUNTY COMMISSIONERS, EL PASO COUNTY, COLORADO, in their
official capacities;
BILL LOUIS, County Attorney of El Paso County, Colorado, individually and in his
official capacity;
RICHARD BENGTSSON, Director, El Paso County Department of Human Services,
individually and in his official capacity;
TONI HERMAN, El Paso County Department of Human Services, individually;
LAURA DAVIDSON, former employee of Policy Studies Inc., individually;
CLAUDIA SMITH-SWAIN, former employee of Policy Studies Inc., individually;
JONICA BRUNNER, former employee of Policy Studies Inc. and current employee of
Young Williams, P.C., individually;
MELISSA BALQUIN, former employee of Policy Studies Inc. and current employee of
Young Williams, P.C., individually;
POLICY STUDIES INC.;
JEFF BALL, current employee of Young Williams, P.C., individually; and
YOUNG WILLIAMS, P.C.,

Defendants.

---

**ORDER GRANTING DEFENDANTS POLICY STUDIES INC.'S, MELISSA
BALQUIN'S, AND JONICA BRUNNER'S UNOPPOSED MOTION TO STAY
PRETRIAL ACTIVITY PENDING RESOLUTION OF THE MOTION TO DISMISS
(ECF No. 36)**

---

THE COURT, having reviewed Defendants Policy Studies Inc.'s, Melissa Balquin's, and Jonica Brunner's Unopposed Motion to Stay Pretrial Activity Pending Resolution of the Motion to Dismiss (ECF No. 36) and, being fully advised in the premises, hereby

ORDERS that all pretrial activity, excluding the Show Cause Hearing for Defendants Claudia Smith-Swain and Laura Davidson, shall be stayed pending resolution of Defendants Policy Studies Inc.'s, Melissa Balquin's, and Jonica Brunner's Motion to Dismiss Plaintiff's Claim Against Them (ECF No. 34); Defendant Young Williams, P.C.'s and Defendant Jeff Ball's Motion to Dismiss Pursuant to Rule 12(b)(6) and Brief in Support (ECF No. 15); State Defendants' Motion to Dismiss, or in the Alternative, For a More Definite Statement (ECF No. 17); and Motion to Dismiss Plaintiff's Complaint (Doc. No. 1) as to Defendants Board of County Commissioners of El Paso County, William Louis, Toni Hermann and Richard Bengtsson (ECF No. 19).

SO ORDERED this 10th day of April, 2012.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge