IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00096-REB-MJW

ROBERT WAYNE JOHNSON,

Plaintiff,

v.

JOHN SUTHERS, Attorney General of Colorado,
individually and in his official capacity;
JOHN HICKENLOOPER, Governor of Colorado,
individually and in his official capacity;
BILL RITTER, former Governor of Colorado,
individually and in his official capacity;
KAREN BEYE, former Executive Director, Colorado Department of Human Services,
individually and in her official capacity;
MARY ANN HICKS, Administrative Program Specialist, Colorado Division of Child Support Enforcement, individually;
MARDI HOUSTON, Evaluation Specialist, Colorado Division of Child Support Enforcement, individually;
BOARD OF COUNTY COMMISSIONERS, EL PASO COUNTY, COLORADO, in their official capacities;
BILL LOUIS, County Attorney of El Paso County, Colorado, individually and in his official capacity;
RICHARD BENGTSSON, Director, El Paso County Department of Human Services, individually and in his official capacity;
TONI HERMAN, El Paso County Department of Human Services, individually;
LAURA DAVIDSON, former employee of Policy Studies Inc., individually;
CLAUDIA SMITH-SWAIN, former employee of Policy Studies Inc., individually;
JONICA BRUNNER, former employee of Policy Studies Inc. and current employee of Young Williams, P.C., individually;
MELISSA BALQUIN, former employee of Policy Studies Inc. and current employee of Young Williams, P.C., individually;
POLICY STUDIES INC.;
JEFF BALL, current employee of Young Williams, P.C., individually; and
YOUNG WILLIAMS, P.C.,

Defendants.

---

**ORDER GRANTING DEFENDANTS BALQUIN'S AND BRUNNER'S
MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION TO DISMISS**
( Docket No 47 )

-2-

THE COURT, having reviewed Defendants Melissa Balquin's ("Balquin") and Jonica Brunner's ("Brunner") Motion for Leave to Supplement Their Motion to Dismiss, ECF No. 47, and, being fully advised in the premises, hereby

ORDERS that Balquin and Brunner are granted leave to file a supplement to their Motion to Dismiss Plaintiff's Claim Against Them, ECF No. 34.; and

FURTHER ORDERS that such supplement shall be no more than ten pages in length, and shall be submitted on or before Monday, May 7, 2012.

SO ORDERED this 23rd day of April, 2012.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge