**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00096-REB-MJW

ROBERT WAYNE JOHNSON,

    Plaintiff,

v.

JOHN SUTHERS, Attorney General of Colorado, individually and in his official capacity, et al.,

    Defendants.

## MINUTE ORDER

    To the extent the plaintiff's recent filing [#94] filed February 12, 2013, can be read as a motion, the motion is **Denied**. This case has been dismissed for lack of jurisdiction.

    Dated: February 13, 2013